Michael R. McDonald, Esq.
Jennifer Marino Thibodaux, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Telephone:  (973) 596-4500
Facsimile:  (973) 639-6280

*Attorneys for Defendant*
*Vitamin Shoppe, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN HODGES, on behalf of Himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VITAMIN SHOPPE, INC.,<br><br>Defendant. | Civil Action No. 13-03381 (SRC) (CLW)<br><br>*Document electronically filed*<br><br>**RETURN DATE:  September 16, 2013**<br><br>**DEFENDANT VITAMIN SHOPPE, INC.'S NOTICE OF MOTION TO DISMISS COMPLAINT FOR LACK OF STANDING PURSUANT TO FED. R. CIV. P. 12(b)(1) OR, IN THE ALTERNATIVE, FOR FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>**ORAL ARGUMENT REQUESTED** |

TO:  Scott Alan George, Esq.          Jonathan Shub, Esq.
       **SEEGER WEISS LLP**          **SEEGER WEISS LLP**
       550 Broad Street          1515 Market Street
       Suite 920          Suite 1380
       Newark, NJ  07102          Philadelphia, PA  191002

       Nick Suciu III, Esq.
       Alyson Oliver, Esq.
       **OLIVER LAW GROUP PC**
       950 West University Drive
       Suite 200
       Rochester, MI  48307

       Attorneys for Plaintiff

**COUNSEL:**

**PLEASE TAKE NOTICE** that on Monday, September 16, 2013, or on a date and time to be set by the Court, Gibbons P.C., attorneys for Defendant Vitamin Shoppe, Inc. ("Defendant"), shall move for an order to dismiss Plaintiff's Complaint for lack of standing pursuant to Fed. R. Civ. P. 12(b)(1) or, in the alternative, for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in support of its Motion, Defendant shall rely on the accompanying Declaration of Michael R. McDonald and Brief in support of motion to dismiss Plaintiff's Complaint for lack of standing pursuant to Fed. R. Civ. P. 12(b)(1) or, in the alternative, for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6), and all other pleadings on file.

**PLEASE TAKE FURTHER NOTICE** that this motion is being made returnable on Monday, September 16, 2013, and that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service is also submitted herewith.

Dated:   August 23, 2013

By: s/ Michael R. McDonald
  Michael R. McDonald, Esq.
  Jennifer Marino Thibodaux, Esq.
  **GIBBONS P.C.**
  One Gateway Center
  Newark, New Jersey 07102
  Telephone:  (973) 596-4500
  Facsimile:  (973) 639-6280
  mmcdonald@gibbonslaw.com
  jthibodaux@gibbonslaw.com

  *Attorneys for Defendant*
  *Vitamin Shoppe, Inc.*

2